101 A.3d 1149

Ralph GILBERT, Gloria Gilbert, Michelle Torgerson, Edwin Torgerson, Melda Bittorf, Beverly Cox, William Cox, Kimberly Miles, Clea Fockler, John Fockler, Linda Eckert, Scott Eckert, William Strine, Kenny Jasinski, Dennis Jasinski, Kathryn Jasinski, Joseph Jasinski, Patricia Unverzagt, Megan Jacobs, Barbara Unverzagt, Donna Parr, Jeff Fodel, Wendy Fodel, Jennifer Jasinski, John Jasinski, Judy Queitzsch, Jean Fry, Rick McSherry, John Freese, Donna Lynn Freese, Jeff Van Voorhis, Susan Lee Fox, Terrence Fancher and Donna Fancher, Respondents

v.

SYNAGRO CENTRAL, LLC, Synagro Mid–Atlantic, George Phillips, Hilltop Farms and Steve Troyer, Petitioners.

Supreme Court of Pennsylvania.

Oct. 9, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 9th day of October, 2014, the Petition for Allowance of Appeal is **GRANTED.** The issue is:

Did the Superior Court incorrectly interpret the Pennsylvania [RTFA] by requiring a jury trial to determine that the land application of biosolids falls within the Act's definition of a "normal agricultural operation," which was contrary to the Act and this Court's precedent that statutes of repose and statutory interpretation present questions of law for resolution by courts, not juries?